No. 01–5154. HOLCOMB *v.* HOLCOMB (UPLINGER). Ct. App. Ind. Certiorari denied.

No. 01–5156. GRAHAM *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 01–5157. VELASQUEZ *v.* SMITH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–5158. LOPEZ TIRADO *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–5159. TAYLOR *v.* HERBERT, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–5160. GAINES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5161. PONTOON *v.* BATTLE, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 01–5162. KOLBASOOK *v.* MCCOY, SUPERINTENDENT, CAYUGA CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–5165. BUSTAMANTE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5166. JONES *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 01–5167. LINES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–5168. JONES *v.* BRYANT, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 01–5171. SHAW ET UX. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5174. WROBEL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5175. LUCAS *v.* BLAINE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENE, ET AL. C. A. 3d Cir. Certiorari denied.